**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    Benjamin E Davis<br>    Angela C Davis<br>            Debtor(s) | Case No. 10 B 06064 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/16/2010.

2) The plan was confirmed on 04/15/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/08/2010, 05/26/2011.

5) The case was Converted on 04/25/2013.

6) Number of months from filing to last payment: 38.

7) Number of months case was pending: 43.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $12,918.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $12,918.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,544.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $600.76 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,144.76

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Advocate South Suburban Hosp | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| All Season | Unsecured | 117.20 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| America's Financial Choice Inc | Unsecured | 502.11 | 527.11 | 527.11 | 0.00 | 0.00 |
| Arrow Financial Services | Unsecured | 1,391.00 | NA | NA | 0.00 | 0.00 |
| Asset Acceptance | Unsecured | NA | 2,772.30 | 2,772.30 | 44.02 | 0.00 |
| Asset Acceptance | Unsecured | 332.00 | 332.33 | 332.33 | 5.28 | 0.00 |
| Associated St James Radiologists | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| Associated St James Radiologists | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| Associated St James Radiologists | Unsecured | 33.00 | NA | NA | 0.00 | 0.00 |
| Calvary Portfolio | Unsecured | 168.00 | NA | NA | 0.00 | 0.00 |
| Cda/Pontiac | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| Check N Go | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| City Of Chicago | Unsecured | 4,552.21 | NA | NA | 0.00 | 0.00 |
| City Of Chicago Dept Of Revenue | Unsecured | 272.74 | 5,856.75 | 5,856.75 | 92.98 | 0.00 |
| Collection | Unsecured | 227.00 | NA | NA | 0.00 | 0.00 |
| Collection | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 17,941.00 | 9,448.08 | 9,448.08 | 150.00 | 0.00 |
| Credit Acceptance Corp | Unsecured | 17,941.00 | NA | NA | 0.00 | 0.00 |
| Credit Collection | Unsecured | 212.55 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 782.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 1,002.00 | NA | NA | 0.00 | 0.00 |
| Credit Management Co. | Unsecured | 1,669.00 | NA | NA | 0.00 | 0.00 |
| Dr Zivojin Pavlovic | Unsecured | 72.00 | NA | NA | 0.00 | 0.00 |
| Emp Of Cook County | Unsecured | 637.20 | NA | NA | 0.00 | 0.00 |
| Emp Of Cook County | Unsecured | 427.95 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| Ffcc Columbus Inc | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| First Source Bank | Unsecured | 452.00 | NA | NA | 0.00 | 0.00 |
| Global Payments | Unsecured | 1,025.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Harris & Harris | Unsecured | 784.90 | NA | NA | 0.00 | 0.00 |
| Harvard Collection Services In | Unsecured | 2,384.00 | NA | NA | 0.00 | 0.00 |
| I C Systems Inc | Unsecured | 74.00 | NA | NA | 0.00 | 0.00 |
| Illinois Lending Corporation | Unsecured | 506.18 | 570.22 | 570.22 | 9.12 | 0.00 |
| Illinois State Tollway | Unsecured | 210.90 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 2,159.07 | 200.00 | 200.00 | 200.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 674.00 | 674.36 | 674.36 | 10.71 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 1,088.00 | 1,088.12 | 1,088.12 | 17.27 | 0.00 |
| John F Hamilton MD | Unsecured | 147.01 | NA | NA | 0.00 | 0.00 |
| Joseph M Pyle MD | Unsecured | 235.00 | NA | NA | 0.00 | 0.00 |
| Mary Overton | Unsecured | 12,000.00 | 15,370.00 | 15,370.00 | 244.02 | 0.00 |
| Metro Physicians & Special Group | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 1,813.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 397.00 | NA | NA | 0.00 | 0.00 |
| Midland Credit Management | Unsecured | 929.00 | 937.20 | 937.20 | 14.88 | 0.00 |
| Midwest Anesthesiologists | Unsecured | 1,485.00 | 1,485.00 | 1,485.00 | 23.57 | 0.00 |
| MRSI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 1,676.00 | 1,805.79 | 1,805.79 | 28.67 | 0.00 |
| Northern Indiana Public Ser | Unsecured | NA | 2,302.61 | 2,302.61 | 36.56 | 0.00 |
| Northwestern Memorial Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Olympia Fields Hospital | Unsecured | 639.90 | NA | NA | 0.00 | 0.00 |
| Pathology Consultants Inc | Unsecured | 354.00 | NA | NA | 0.00 | 0.00 |
| Premier Bankcard | Unsecured | 344.00 | 343.17 | 343.17 | 5.45 | 0.00 |
| Premium Asset Recovery Corp | Unsecured | NA | 100.00 | 100.00 | 1.59 | 0.00 |
| Quantum3 Group | Unsecured | NA | 877.56 | 877.56 | 13.93 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 700.00 | 700.00 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 70.89 | 70.89 | 1.12 | 0.00 |
| Sacred Heart Hospital | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 35,049.00 | NA | NA | 0.00 | 0.00 |
| Santander Consumer USA | Unsecured | 16,748.00 | 8,718.54 | 8,718.54 | 138.42 | 0.00 |
| Santander Consumer USA | Secured | 16,748.00 | 15,643.54 | 6,925.00 | 6,925.00 | 810.65 |
| Santander Consumer USA | Secured | 35,049.00 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 2,556.38 | NA | NA | 0.00 | 0.00 |
| St James Hospital | Unsecured | 1,427.16 | NA | NA | 0.00 | 0.00 |
| Tex Collect/Colection Agency | Unsecured | 162.00 | NA | NA | 0.00 | 0.00 |
| University Of Chicago Medical Center | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $6,925.00 | $6,925.00 | $810.65 |
| **TOTAL SECURED:** | **$6,925.00** | **$6,925.00** | **$810.65** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $200.00 | $200.00 | $0.00 |
| **TOTAL PRIORITY**: | **$200.00** | **$200.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$53,980.03** | **$837.59** | **$0.00** |

| Disbursements: | |
|---|---|
| Expenses of Administration | $4,144.76 |
| Disbursements to Creditors | $8,773.24 |
| **TOTAL DISBURSEMENTS** : | **$12,918.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/01/2013          By: /s/ Marilyn O. Marshall
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)